UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KYLE VOTTERO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:23-CV-225-PPS-JPK |
| JOHN SIROKY, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

The parties' Joint Stipulation of Dismissal With Prejudice [DE 29] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: October 24, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT